

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| VS. | § | **CASE NO. 1:09-CR-109(24)** |
| | § | |
| **JOHN ANTHONY LOZANO** | § | |

### MEMORANDUM ORDER
### ADOPTING FINDINGS OF FACT AND RECOMMENDATION
### ON DEFENDANT'S GUILTY PLEA

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #555]. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the Court finally adjudge Defendant as guilty on **Count I** of the **Information** filed against Defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is, therefore,

-1-

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #555] of the United States Magistrate Judge are **ADOPTED.** The plea agreement is conditionally accepted by the Court at this time. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, John Anthony Lozano, is hereby adjudged as guilty on **Count I** of the charging **Information** charging violation of Title 18, United States Code, Section 1956(h).

      **SIGNED** this the 12 day of **January, 2010.**

                                              Thad Heartfield
                                              United States District Judge